ACCEPTED
05-13-00228-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/7/2015 8:37:26 AM
LISA MATZ
CLERK

**Cause No. 05-13-00228-CV**

IN THE
COURT OF APPEALS FOR THE
FIFTH JUDICIAL DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/7/2015 8:37:26 AM
LISA MATZ
Clerk

**BEATRIZ PANGILINAN and
CAREWORKS HOME HEALTH SERVICES, INC.**
*Appellants,*

vs.

**NARCISSA VITERBO BARDELOZA and
EDUARDO BARDELOZA**
*Appellees.*

Appealed from the 14th Judicial District Court of
Dallas County, Texas

## RESPONSE TO THE COURT'S REQUEST FOR AN UPDATE ON THE STATUS OF BANKRUPTCY PROCEEDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Appellants Beatriz Pangilinan ("Pangilinan") and Careworks Home Health Services, Inc. ("Careworks"), and pursuant to the Court's request for an update on the status of Ms. Pangilinan's bankruptcy proceedings, respectfully present the following:

1.      On May 2, 2013, Ms. Pangilinan filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code initiating the following styled Chapter 11 cases: *In re: Beatriz Pangilinan*, Cause No. 13-41132, in the United States Bankruptcy Court for the Eastern District of Texas (Sherman Division).

2.     Ms. Pangilinan's bankruptcy attorney in the cause number referenced above is Mr. Peter C. Lewis, Scheef & Stone, LLP, 500 N. Akard, Suite 2700, Dallas, Texas 75201, telephone number 214-706-4200.

3.     Ms. Pangilinan's bankruptcy case is still open and pending in the United States Bankruptcy Court for the Eastern District of Texas (Sherman Division).

4.     However, it is currently anticipated that a final order of discharge will be entered in Ms. Pangilinan's bankruptcy case within the next ninety (90) days.

Respectfully submitted,

**WALKER BRIGHT P.C.**
100 North Central Expressway, Suite 800
Richardson Texas 75080
Telephone:     (972) 744-0192
Facsimile:     (972) 744-0067

_____
Arthur L. Walker, Jr.
State Bar No. 20693900
Gerald Bright
State Bar No. 02991720
David L. Craft
State Bar No. 00790522

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading/motion was served via facsimile, overnight mail and/or by certified mail, return receipt requested, on this 3RD day of August, 2015.

Christopher Kalis
5160 Village Creek Drive, Suite 100
Plano, Texas 75093
**Attorney for Plaintiffs**

*Via Facsimile to: (214) 871-6050*

_____
Gerald Bright/David Craft